F. EDIE MERMELSTEIN (SBN: 248941)
FEM LAW GROUP
18811 Huntington Street, Suite 240
Huntington Beach, California 92648
Telephone:     (714) 596-0137
edie@femlawyers.com

ANTHONY MOTTA (Admitted pro hac vice)
50 Broadway, Suite 800
New York, NY 10004
Telephone:     (212) 791-7360
amotta@mottakrents.com

FRANK GOOCH III (SBN: 070966)
GILCHRIST & RUTTER
1299 Ocean Ave., Suite 900
Santa Monica, CA 90401
Telephone:     (310) 393-4000
fgooch@gilshristrutter.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STILLWATER LTD., A United Kingdom Company<br><br>          Plaintiff/Counter-Defendant,<br><br>v.<br><br>ANTONIA BASILOTTA, p/k/a TONI BASIL, an individual,<br><br>          Defendant/Counter-Claimant. | CASE NO:  2:16-cv-1895  FMO (SSx)<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER FOR THE PROTECTION OF CONFIDENTIAL VIDEO DEPOSITION OF ANTONIA BASILOTTA P/K/A TONI BASIL, AS AMENDED** |

**WHEREAS** Plaintiff/Counter-Defendant issued a Deposition Subpoena for Personal Appearance (the "**Deposition Subpoena**") ordering Antonia Basilotta (the "**Deponent**") to appear in person to testify as a party witness in this proceeding on Thursday, February 9, 2017 at the offices of Gilchrist & Rutter, 1299 Ocean Avenue, Suite 900, Santa Monica, California, 90401 (the "**Video Deposition**").

**WHEREAS** the Deposition Subpoena provides that the Deposition will be recorded by

1
**[PROPOSED] ORDER**

1 videotape (the Video Deposition"). This Order pertains only to the use and disclosure of the
2 videotape (or portions thereof) of the Deposition, including use of video without sound or sound
3 without video.

4     **WHEREAS** the Deponent is an iconic American singer, choreographer, actress, singer,
5 performer, famous for her iconic song "Mickey" who has been nominated for a Grammy Award, an
6 MTV Video Music Award and inducted into the Hip Hop Hall of Fame.

7     **WHEREAS** the Deponent has a privacy interest in precluding the dissemination of the
8 Video Deposition to the public and/or press and media. See Timed Out, LLC v. Youabian, Inc.
9 (2014) 229 Cal.App.4th 1001, 1006 ["[t]he right of publicity has come to be recognized as distinct
10 from the right of privacy." ( *KNB Enterprises v. Matthews* (2000) 78 Cal.App.4th 362, 366, [92
11 Cal.Rptr.2d 713] (*KNB* ).) "What may have originated as a concern for the right to be left alone has
12 become a tool to control the commercial use and, thus, protect the economic value of one's name,
13 voice, signature, photograph, or likeness." (*Ibid.*).]

14     **WHEREAS** the Court may, for good cause shown, issue an order to protect a party or person
15 from unwarranted annoyance, embarrassment, oppression, or undue burden or expense, including,
16 but not limited to, an order that the deposition be sealed and thereafter opened only on order of the
17 Court. Fed. Rules Civ.Proc., rule 26(c), 28 U.S.C.A.

18     **WHEREAS** the parties to this action have agreed to such means as set forth in the
19 Stipulated Protective Order for the Protection of Confidential Video Deposition of Antonia Bailotta
20 p/k/a Toni Basil.

21     The Court adopts the terms of the proposed protective order, as set forth in the parties'
22 Stipulation, except those terms amended in this Order. The Court strikes all terms in the Stipulation
23 of the parties filed in connection with the current protective order that purport to bind the trial in this
24 matter or affect the treatment of the video in any filing directed to the District Judge. The Court
25 declines to adopt the procedures for filing under seal outlined in paragraph 4.1 and instead adopts the
26 procedures set forth in Local Rule 79-5.2, which governs under seal filings in the Central District of
27 California in civil actions. The Court declines to adopt the terms in 5.3, to the extent those terms
28

1  attempt to govern the trial or proceedings before the District Judge.  The Court declines to adopt the
2  terms in 5.5, to the extent the Stipulation attempts to limit the admissibility of evidence.  The judge
3  assigned to a particular proceeding must determine the admissibility of evidence.
4
5      FOR GOOD CAUSE SHOWN, the Court adopts the terms of the protective order as
6  amended above.  IT IS SO ORDERED.
7
8  DATED:  February 9, 2016                                                          /S/
                                                                       United States District/Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28