Before the
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Los Angeles, CA

FILED
CLERK, U.S. DISTRICT COURT
8/24/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___clee___ DEPUTY

**STILLWATER LTD., a United Kingdom Company,**

    Plaintiff,

v.

**ANTONIA BASILOTTA, p/k/a Toni Basil, an individual,**

    Defendant,

Case No. 2:16-cv-01895 SK

REVISED DECLARATION OF VINCENT LEONI, CPA

I, VINCENT LEONI, DECLARE AND STATE AS FOLLOWS:

1. I am a certified public accountant (CPA) with 33 years of experience performing royalty compliance examinations and consulting services on behalf of recording artists, music publishers, licensors, licensees, software developers, owners of intellectual property, profit participants, production companies, patent holders, and trademark owners. I was licensed as a CPA by the State of California on May 14, 1992.

2. I received a Bachelor of Science degree in Accounting from Loyola Marymount University in 1985.

3. Since 2014 in have been a partner at Miller Kaplan Arase LLP managing the royalty compliance practice firmwide serving clients in the music, entertainment, sports, and technology industries.

4. Until 2014 I was a partner at Moss Adams LLP where I managed the royalty compliance practice firmwide serving clients in the music, entertainment, sports, technology and pharma industries. I served terms on the firm's partner review committee and office recruitment committee.

5. From 1991 through 1993 I was a manager at Satin & Company performing and managing royalty compliance audits and consulting services on behalf of recording artists, songwriters and music publishers.

6. From 1986 through 1991, I progressed from staff to manager at Gelfand Rennert & Feldman performing and managing royalty compliance audits and consulting services on behalf of recording artists, songwriters, music publishers, independent record companies and other profit participants.

7. I have conducted and managed hundreds of royalty audits and consultation engagements during my 33 year career. I have been recognized as a royalty expert in several legal matters. Exhibit B sets forth the matters I have been declared an expert during the previous 10 years. Exhibit C sets forth matters I have testified as an expert at trial or by deposition during the previous four years.

8. I have lectured on behalf of the Entertainment Division of the California Society of Certified Public Accountants, coauthored and presented a webinar entitled "Royalty Reporting Risks and Red Flags" to the membership of the Licensing Industry Merchandisers Association (LIMA) and the Licensing Executive Society (LES). I have also participated on panels discussing royalties and royalty participation sponsored by the National Association of

Recording Arts and Sciences, the Riemer Organization and the Association of Independent Music Publishers. Attached is my Curriculum Vitae as Exhibit D.

9. Based on the Joint Stipulation between the parties, I have been appointed by the court as the Rule 706 forensic accounting expert.

10. I have considered the following information in forming my opinions:

   a. The May 1, 2020 Declaration of Clive Solomon Regarding Post Termination Income and related Exhibits A through E.

   b. The February 7, 2017 Deposition of Clive Solomon.

   c. Royalty Statements rendered to Antonia Basillota by Stillwater for the six-months ended December 2016, June 2017, December 2017, June 2018, December 2018, June 2019 and December 2019.

   d. Letters and emails to me from Anthony Motta dated May 15, 2020, May 21, 2020, May 28, 2020, May 29, June 10, 2020, July 20, 2020, July 28, 2020 and August 10, 2020.

   e. Documentation presented to support "Digital Income (album downloads, track downloads, streams)" provided on May 28, 2020 and May 29, 2020 in response to my requests of May 17, 2020 and May 21, 2020.

    f. Letter of Variation dated March 16, 2016 between Stillwater Ltd. and Red River Entertainment, Inc.

    g. Letter from Bob Frank dated June 9, 2020 regarding the Letter of Variation.

    h. Declaration of Clive Solomon Concerning Letter of Variation dated July 17, 2020.

    i. Plaintiff/Counter- Defendant's Response to Defendant-Counter-Claimant's Request for Admissions dated July 20, 2020.

    j. Statement to Stillwater from Razor & Tie Direct, LLC for the period 7/1/15 through 12/31/15.

    k. Affidavit of Records Custodian Certifying Records Pursuant to Federal Rules of Evidence 803(6) and 902(11) dated July 30, 2020.

11. My opinions, in summary, are -

    a. The amount of United States income accrued on the Reverted Sound Recordings ("RSRs") since June 11, 2016 is $100,525 as set forth in Exhibits A and Ai.

    b. Red River Entertainment has declared it has not paid Stillwater for United States exploitation of the RSRs subsequent to December 19, 2019. However,

      Red River earned $8,687 for United States exploitation of the RSRs for the period June 18, 2019 through December 16, 2019. Basilotta is entitled to this income. Red River has advised it would remit payment to Basilotta directly.

12. I did not conduct a royalty audit, as the term is commonly used in the music industry. My opinions are based on third party documentation including synchronization agreements and representation by Clive Solomon and Stillwater representatives in letters to me from Anthony Motta dated May 15, 2020, May 21, 2020, May 28, 2020, May 29, 2020, June 10, 2020, July 20, 2020, July 28, 2020 and August 10, 2020 . My opinions are also based on information provided to me to determine United States income accrued on the RSRs since June 11, 2016, which I have not independently verified.

13. My compensation for me and my firm's services are as follows:

| Level | Hourly Rate Range |
|---|---|
| Partner - Deposition and Testimony | $495 |
| Partner | 440 |
| Senior Manager | 265 |
| Manager | 175 |
| Senior Associate | 120 |
| Associate | 90 |

    I declare under penalty of perjury that the foregoing is a true and correct to the best of my knowledge.

Executed this 21st day of August 2020 in Los Angeles, California

**Vincent Leoni, CPA**

**Exhibit A**

Stillwater Ltd. vs Antonia Basilotta
Case No. 2:16-cv-01895 SK

United States Income Accrued on the RSRs since June 11, 2016

| Income Type | Source | Source Statement | United States Income Accrued on the RSRs | |
|---|---|---|---:|---|
| Licensing | ABC Television Group - Live with Kelly | Stillwater December 2016 | $ 550 | |
| Licensing | Disney Worldwide Services - GMA | Stillwater June 2017 | 1,225 | |
| Licensing | AMC Network Entertainment - Preacher | Stillwater December 2017 | 18,000 | |
| Licensing | ABC Television Group - Live with Kelly | Stillwater December 2017 | 550 | |
| Licensing | ABC Television Group - GMA | Stillwater December 2017 | 1,225 | |
| Licensing | Red River Entertainment | Red River March 7, 2017 - September 15, 2017 | 12,947 | |
| Licensing | Red River Entertainment | Red River October 16, 2017 - June 19, 2018 | 15,380 | |
| Licensing | Red River Entertainment | Red River July 16, 2018 - September 17, 2018 | 5,791 | |
| Licensing | Red River Entertainment | Red River October 15, 2018 - June 17, 2019 | 19,510 | |
| Licensing | Red River Entertainment | Red River June 18, 2019 - August 2020 | TBD | (1) |
| Album Downloads | Stillwater Limited | Q3 2016 Digital Income Source Statement | 95 | (2) |
| Individual Tracks | Stillwater Limited | Q3 2016 Digital Income Source Statement | 1,593 | (2) |
| Streams | Stillwater Limited | Q3 2016 Digital Income Source Statement | 4,139 | (2) |
| Album Downloads | Stillwater Limited | Q4 2016 Digital Income Source Statement | 36 | (2) |
| Individual Tracks | Stillwater Limited | Q4 2016 Digital Income Source Statement | 252 | (2) |
| Streams | Stillwater Limited | Q4 2016 Digital Income Source Statement | 1,932 | (2) |
| Individual Tracks | Stillwater Limited | Q1 2017 Digital Income Source Statement | 9 | (2) |
| Streams | Stillwater Limited | Q1 2017 Digital Income Source Statement | 52 | (2) |
| Individual Tracks | Stillwater Limited | Q2 2017 Digital Income Source Statement | 4 | (2) |
| Streams | Stillwater Limited | Q2 2017 Digital Income Source Statement | 3 | (2) |
| Album Downloads | Stillwater Limited | June 2017 Digital Income Source Statement | 907 | (2) |
| Streams | Stillwater Limited | June 2017 Digital Income Source Statement | 564 | (2) |
| Album Downloads | Stillwater Limited | June 2019 Digital Income Source Statement | 13 | (2) |
| Track Download | Stillwater Limited | June 2019 Digital Income Source Statement | 490 | (2) |
| Streams | Stillwater Limited | June 2019 Digital Income Source Statement | 866 | (2) |
| Album Downloads | Stillwater Limited | July 2019 Digital Income Source Statement | 39 | (2) |
| Individual Tracks | Stillwater Limited | July 2019 Digital Income Source Statement | 408 | (2) |
| Streams | Stillwater Limited | July 2019 Digital Income Source Statement | 1,562 | (2) |
| Album Downloads | Stillwater Limited | August 2019 Digital Income Source Statement | 26 | (2) |
| Individual Tracks | Stillwater Limited | August 2019 Digital Income Source Statement | 302 | (2) |
| Streams | Stillwater Limited | August 2019 Digital Income Source Statement | 1,506 | (2) |
| Album Downloads | Stillwater Limited | September 2019 Digital Income Source Statement | 13 | (2) |
| Individual Tracks | Stillwater Limited | September 2019 Digital Income Source Statement | 298 | (2) |
| Streams | Stillwater Limited | September 2019 Digital Income Source Statement | 1,905 | (2) |
| Album Downloads | Stillwater Limited | October 2019 Digital Income Source Statement | 39 | (2) |
| Individual Tracks | Stillwater Limited | October 2019 Digital Income Source Statement | 430 | (2) |
| Streams | Stillwater Limited | October 2019 Digital Income Source Statement | 2,312 | (2) |
| Album Downloads | Stillwater Limited | November 2019 Digital Income Source Statement | 19 | (2) |
| Individual Tracks | Stillwater Limited | November 2019 Digital Income Source Statement | 360 | (2) |
| Streams | Stillwater Limited | November 2019 Digital Income Source Statement | 1,811 | (2) |
| Album Downloads | Stillwater Limited | December 2019 Digital Income Source Statement | 19 | (2) |
| Individual Tracks | Stillwater Limited | December 2019 Digital Income Source Statement | 277 | (2) |
| Streams | Stillwater Limited | December 2019 Digital Income Source Statement | 3,066 | (2) |

United States Income Accrued on the RSRs since June 11, 2016     $ 100,525

(1) Stillwater declared it has not received income from Red River Entertainment for this period.  Basilotta is entitled to this income when received.  Red River has advised it received $8,687 for the period July 16, 2019 through December 16, 2019 and that it would remit this directly to Basilotta
(2) See Exhibit Ai.

**Exhibit Ai**

Stillwater Ltd. vs Antonia Basilotta
Case No. 2:16-cv-01895 SK

United States Income Accrued on the RSRs since June 11, 2016 (1)

| Income Type | Source | Source Statement | Revenue Due Stillwater for RSR US Activity (A) | Less: Percent Deducted (2) (B) | United States Income Accrued on the RSRs (A) x (100% - (B)) |
|---|---|---|---|---|---|
| Album Downloads | Stillwater Limited | Q3 2016 Digital Income Source Statement | $ 112 | 15% | $ 95 |
| Individual Tracks | Stillwater Limited | Q3 2016 Digital Income Source Statement | 1,874 | 15% | 1,593 |
| Streams | Stillwater Limited | Q3 2016 Digital Income Source Statement | 4,869 | 15% | 4,139 |
| Album Downloads | Stillwater Limited | Q4 2016 Digital Income Source Statement | 42 | 15% | 36 |
| Individual Tracks | Stillwater Limited | Q4 2016 Digital Income Source Statement | 296 | 15% | 252 |
| Streams | Stillwater Limited | Q4 2016 Digital Income Source Statement | 2,273 | 15% | 1,932 |
| Individual Tracks | Stillwater Limited | Q1 2017 Digital Income Source Statement | 11 | 15% | 9 |
| Streams | Stillwater Limited | Q1 2017 Digital Income Source Statement | 61 | 15% | 52 |
| Individual Tracks | Stillwater Limited | Q2 2017 Digital Income Source Statement | 5 | 15% | 4 |
| Streams | Stillwater Limited | Q2 2017 Digital Income Source Statement | 3 | 15% | 3 |
| Track Download | Stillwater Limited | June 2017 Digital Income Source Statement | 986 | 8% | 907 |
| Streams | Stillwater Limited | June 2017 Digital Income Source Statement | 613 | 8% | 564 |
| Album Downloads | Stillwater Limited | June 2019 Digital Income Source Statement | 14 | 8% | 13 |
| Track Download | Stillwater Limited | June 2019 Digital Income Source Statement | 533 | 8% | 490 |
| Streams | Stillwater Limited | June 2019 Digital Income Source Statement | 941 | 8% | 866 |
| Album Downloads | Stillwater Limited | July 2019 Digital Income Source Statement | 42 | 8% | 39 |
| Individual Tracks | Stillwater Limited | July 2019 Digital Income Source Statement | 444 | 8% | 408 |
| Streams | Stillwater Limited | July 2019 Digital Income Source Statement | 1,698 | 8% | 1,562 |
| Album Downloads | Stillwater Limited | August 2019 Digital Income Source Statement | 28 | 8% | 26 |
| Individual Tracks | Stillwater Limited | August 2019 Digital Income Source Statement | 328 | 8% | 302 |
| Streams | Stillwater Limited | August 2019 Digital Income Source Statement | 1,637 | 8% | 1,506 |
| Album Downloads | Stillwater Limited | September 2019 Digital Income Source Statement | 14 | 8% | 13 |
| Individual Tracks | Stillwater Limited | September 2019 Digital Income Source Statement | 324 | 8% | 298 |
| Streams | Stillwater Limited | September 2019 Digital Income Source Statement | 2,071 | 8% | 1,905 |
| Album Downloads | Stillwater Limited | October 2019 Digital Income Source Statement | 42 | 8% | 39 |
| Individual Tracks | Stillwater Limited | October 2019 Digital Income Source Statement | 467 | 8% | 430 |

**Exhibit Ai**

Stillwater Ltd. vs Antonia Basilotta
Case No. 2:16-cv-01895 SK

United States Income Accrued on the RSRs since June 11, 2016 (1)

| Income Type | Source | Source Statement | Revenue Due Stillwater for RSR US Activity (A) | Less: Percent Deducted (2) (B) | United States Income Accrued on the RSRs (A) x (100% - (B)) |
|---|---|---|---|---|---|
| Streams | Stillwater Limited | October 2019 Digital Income Source Statement | 2,513 | 8% | 2,312 |
| Album Downloads | Stillwater Limited | November 2019 Digital Income Source Statement | 21 | 8% | 19 |
| Individual Tracks | Stillwater Limited | November 2019 Digital Income Source Statement | 391 | 8% | 360 |
| Streams | Stillwater Limited | November 2019 Digital Income Source Statement | 1,969 | 8% | 1,811 |
| Album Downloads | Stillwater Limited | December 2019 Digital Income Source Statement | 21 | 8% | 19 |
| Individual Tracks | Stillwater Limited | December 2019 Digital Income Source Statement | 301 | 8% | 277 |
| Streams | Stillwater Limited | December 2019 Digital Income Source Statement | 3,333 | 8% | 3,066 |

(1) My calculation mirrors the calculation on the Digital Income Source Statements provided by Stillwater.
(2) Net of retention on documentation presented to support Digital Income.

**EXHIBIT B**

Matters Retained as an Expert
2011 - 2020

- Ebony Latrice Batts and Manfred Mohr v. William Adams, Jr., Stacy Ferguson, Allan Pineda and Jaime Gomez, Jamie Munson, UMG Recordings, Inc., Interscope Records, EMI April Music, Inc., Headphone Junkie Publishing, LLC, Will.i.a.m Music, Inc., Tab Magnetic Publishing, and Cherry Music Co.  | *Case No. CV 10-8123 JFW (RZx)*
- Brian Pringle v. William Adams, Jr., Stacy Ferguson, Allan Pineda and Jamie Gomez, David Guetta, Frederick Riesterer, UMG Recordings, Inc., Interscope Records, EMI April Music, Inc., Headphone Junkie Publishing, LLC, Will.i.a.m Music, Inc., Jeepney Music, Inc., Tab Magnetic Publishing, Cherry River Music Co., Square Rivoli Publishing, Rister Editions, and Shapiro Bernstein & Co.  | *Case No. SACV 10-1656 JST (RZx)*
- Fredricka Hamilton v. Henry Marx and The Music Force LLC  | *Case No. CV 10-07278 JAK (CWx)*
- Universal Studios Licensing, LLP v. Ubisoft Entertainment S.A., JAMS  | *Case No. 1220045827*
- Morgan Creek Productions, Inc. v Universal Pictures, A Division of Universal City Studios LLP, JAMS  | *Case No 1220047998*
- Markwins Beauty Products, Inc. vs. Krystal Ball Productions Inc. and Stacy Ann Ferguson. ARD  | *Case No. 14-7052*
- Harry Balk v. Clarence Avant and Interior Music, Corp. Case Number 14-11767-LJM-RSW United States District Court for the Eastern District of Michigan Southern Division
- Streamline Design & Silkscreens, Inc. vs. OGR International Inc.  | *Case No. 1200052984*
- Funrise Toys, Ltd v Hasbro, Inc. and Hasbro International, Inc. Us District Court for the District of Rhode Island   | *Civil Action  No. 1:18-cv-00656-WES-PAS*
- Summit Entertainment, LLC and Lions Gate Films, Inc. vs. National Entertainment Collectibles Association, Inc. JAMS  | *Case No 1220057704*
- Harold Brown, Lee Oskar Levitin, Howard Scott, Morris Dickerson and Laurian Miller vs Gerald Goldstein and Far Out Music, Inc.  | *Case No BC559691 (BC371227, BC423291 AND BC457391*
- Andrei Karpiuk, Vitali Baradouski, Stsiapan Drozd and Dzimitry Babraunichy vs. Wargaming World Limited, ICDR   |  *Case No. 01-19-0001-1944*

**EXHIBIT C**

Matters Retained as an Expert and Testified as an Expert at Trial of Deposition
Previous Four Years

- Universal Studios Licensing, LLP v. Ubisoft Entertainment S.A., JAMS  | *Case No. 1220045827*
- Funrise Toys, Ltd v Hasbro, Inc. and Hasbro International, Inc. Us District Court for the District of Rhode Island | *Civil Action  No. 1:18-cv-00656-WES-PAS*

EXHIBIT D

# Vincent Leoni, CPA

Vincent Leoni is a partner in Miller Kaplan Arase's licensing/contract compliance practice in North Hollywood, CA. He has over thirty years' experience performing royalty compliance examinations and consulting serices on behalf of licensors, software developers, owners of intellectual property, recording artists, music publishers, profit participants, production companies, patent holders, and trademark owners.

## PROFESSIONAL EXPERIENCE

Miller Kaplan, *Partner*  |  November 2014 – Present
- Transitioned practice seamlessly and continue to service clients.
- Expanded the services provided to include royalty/participation audits of live performances of resident and touring shows and royalty audits of on-demand music streaming companies.
- Participates on quality control team reviewing draft and final reports

Moss Adams LLP, *Senior Manager*  |  1993 – 1995  |  *Partner*  |  1995 – 2014
- Started the royalty/licensing compliance practice which grew to have an international presence with offices in Los Angeles, New York and London.
- Responsibilities included development of a quality control program, drafting standard work programs for managers and staff to execute, management and administrative responsibilities of the royalty/licensing practice, growth of the practice, and management of personnel.
- Worked with our team to expand the practice to include performing royalty audits on behalf of owners of all types of intellectual property and profit participants in a variety of industries including electronic games, home entertainment, toys, apparel, footwear, food products and technology.
- Acted as an expert supporting royalty audit claims and calculations and has been deposed and testified at arbitration and in the Superior Court of the State of California.
- Partner responsibility overseeing SOX 404 engagements and construction cost compliance audits and routinely met with and presented to the Board of Directors, Board of Trustees and Citizen Oversight Committees.

Satin & Co., *Manager*  |  1991 – 1993
- Managed royalty audit engagements on behalf of recording artists and songwriters.

Gelfand, Rennert and Feldman, LLP, *Manager*  |  1986 – 1991
- Began career as a staff auditor and was promoted to manager during five years with the firm.
- Responsible for planning, managing and executing royalty audits on behalf of recording artists, songwriters, music publishers and independent record companies in the North America and throughout the world.

Vincent has lectured on behalf of the Entertainment Division of the California Society of Certified Public Accountants, coauthored and presented a webinar entitled "Royalty Reporting Risks and Red Flags" to the membership of the Licensing Industry Merchandisers Association (LIMA) and the Licensing Executive Society (LES). He has also participated on panels discussing royalties and royalty participation sponsored by the National Association of Recording Arts and Sciences, the Riemer Organization and the Association of Independent Music Publishers.

## PROFESSIONAL ORGANIZATIONS & AFFILIATIONS
- American Institute of Certified Public Accountants (AICPA)
- California Society of Certified Public Accountants (CalCPA)

## EDUCATION
- Bachelor of Science - Accounting, Loyola Marymount University
- Certified Public Accountant (CPA) – State of California