JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STILLWATER LTD,<br><br>  Plaintiff/<br>  Counterclaim<br>  Defendant,<br><br>  v.<br><br>ANTONIA BASILOTTA,<br><br>  Defendant/<br>  Counterclaimant. | CASE NO. 2:16-cv-01895-SK<br><br>**JUDGMENT** |

  In accordance with the Court's Findings of Fact and Conclusions of Law (ECF 169), **IT IS ADJUDGED** that Defendant-Counterclaimant Antonia Basilotta is entitled to declaratory relief in her favor on the first claim of Plaintiff-Counter Defendant Stillwater Ltd, while Stillwater is entitled to declaratory relief in its favor on its second claim.

  Furthermore, pursuant to the Order Adjudging Counterclaim and Denying Request for Constructive Trust (ECF 206), **IT IS ADJUDGED** that Defendant-Counterclaimant Antonia Basilotta is due $96,695.00 on her accounting counterclaim.

DATED: February 11, 2021

                   STEVE KIM
                   U.S. MAGISTRATE JUDGE