1  ANTHONY MOTTA (admitted pro hac vice)
   amotta@anthonymotta.com
2  110 MORNINGSIDE DRIVE
   CROTON, NY 10529
3  Telephone: (914) 589-5356
   Facsimile: (332) 777-1875
4
   Attorneys for Plaintiff Stillwater, Ltd.,
5  a United Kingdom Company

6  RIMON P.C.
   Mark Lee (SBN 94103)
7  2029 Century Park East, Suite 400N
   Los Angeles, California 90067
8  Telephone:  (213) 375-3822
   Facsimile:  (213) 375-3811
9
   Attorneys for Defendant/Counter-Claimant
10 ANTONIA BASILOTTA
   p/k/a TONI BASIL, an individual
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STILLWATER LTD., a United Kingdom Company, | Case No. 2:16-cv-01895 SK |
|---|---|
| Plaintiff, | **ORDER EXTENDING TIME FOR PLAINTIFF TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| ANTONIA BASILOTTA, p/k/a TONI BASIL, an individual, | |
| Defendant. | |

Pursuant to the Stipulation of the parties, and good cause being shown thereby, it is hereby

ORDERED that the time for plaintiff to file a supplemental brief as directed

/ / / / /

/ / / / /

/ / / /

by the Court's order of June 6, 2022 is extended to July 21, 2022.

**IT IS SO ORDERED**.

DATED: July 6, 2022

                                    STEVE KIM
                                    U.S. MAGISTRATE JUDGE